**Dismissed and Memorandum Opinion filed September 8, 2022.**



In The

# Fourteenth Court of Appeals

NO. 14-22-00441-CR
NO. 14-22-00444-CR
NO. 14-22-00445-CR
NO. 14-22-00446-CR

**DONALD THOMAS DEHNERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause Nos. 1655877, 1655873, 1655879, 1655881**

## MEMORANDUM OPINION

Appellant entered guilty pleas to four counts of possession of child pornography. *See* Tex. Penal Code § 43.26. The trial court assessed punishment at 10 years confinement on each count to run concurrently. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On August 24, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. The response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b)